IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McCalister, LaTonya

Printed: 2/5/08

Case Number: 07 B 16035
Judge: Wedoff, Eugene R
Filed: 9/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 20, 2007
Confirmed: October 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stefans Stefans & Stefans | Administrative | 2,500.00 | 0.00 |
| 2. | Affordable Auto Sales | Secured | 3,357.46 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 24.89 | 0.00 |
| 4. | Payday Online.Us | Unsecured | 42.00 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 26.49 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 23.86 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 807.91 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 479.00 | 0.00 |
| 9. | Lake Surgical Associates | Unsecured | 2.69 | 0.00 |
| 10. | Satish Patel / Paul Pickering MD | Unsecured | 18.37 | 0.00 |
| 11. | Munster Radiology Group | Unsecured | 4.00 | 0.00 |
| 12. | Munster Med, Research Fountain | Unsecured | 326.20 | 0.00 |
| 13. | Patients 1st ER Med Consult PC | Unsecured | 191.75 | 0.00 |
| 14. | Credit Acceptance Corp | Unsecured | 496.38 | 0.00 |
| 15. | Plains Commerce Bank | Unsecured | 33.22 | 0.00 |
| 16. | Imagine Mastercard | Unsecured | 71.78 | 0.00 |
| 17. | Arrowhead Investments | Unsecured |  | No Claim Filed |
| 18. | Capital One | Unsecured |  | No Claim Filed |
| 19. | Comcast | Unsecured |  | No Claim Filed |
| 20. | Village of South Holland | Unsecured |  | No Claim Filed |
| 21. | Pay Day Loan Co | Unsecured |  | No Claim Filed |
| 22. | Bank of Hoven | Unsecured |  | No Claim Filed |
| 23. | TCF Bank | Unsecured |  | No Claim Filed |
| 24. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 25. | Sun Cash | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McCalister, LaTonya

Printed: 2/5/08

Case Number: 07 B 16035
Judge: Wedoff, Eugene R
Filed: 9/4/07

_____     _____
$ 8,406.00         $ 0.00

TRUSTEE FEE DETAIL

Fee Rate         Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____